United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16587-mdc
Sharon R Baird                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Oct 30, 2017
                             Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db           +Sharon R Baird,    1600 Church Road A-105,    Wyncote, PA 19095-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2017 01:20:25     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                    TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
          HAL A. BARROW    on behalf of Creditor   1600 Church Road Condominium Association
           kelly@barrowlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association et. al.
           bkgroup@kmllawgroup.com
          PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| **In re:** | **Sharon Baird,** | **)** | | **Case No: 17-16587** |
| | | **)** | | |
| | **Debtor** | **)** | | **Chapter 13** |

## ORDER APPROVING FILING FEE PAYMENT
## IN FOUR EQUAL MONTHLY INSTALLMENTS

**IT IS HEREBY ORDERED** that Debtor, Sharon Baird, may pay Chapter 13 Filing Fee in four (4) equal monthly installments of $77.50 commencing October 27, 2017; with further payments due November 27, 2017, December 27, 2017 and January 27, 2018, for total of $310.

BY THE COURT

Date:   October 30, 2017

_____
United States Bankruptcy Judge