# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 17-16587-MDC

    SHARON R BAIRD

    1600 CHURCH ROAD A-105

    WYNCOTE, PA 19095

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHARON R BAIRD

    1600 CHURCH ROAD A-105

    WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

    PETER FRANCIS BLUST

    1475 MT hOLLY ROAD  N-9
    EDGEWATER PARK, NJ 08010-

                      /S/ William C. Miller

Date: 11/7/2017               _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee