UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    Sharon Baird, ) | Case No: 17-16587 |
| ) | |
| Debtor ) | Chapter 13 |

ORDER

**IT IS HEREBY ORDERED** that Debtor's incomplete filings, identified in the above-captioned case Document Number 9, are now due on or before **November 28th, 2017**.

BY THE COURT

Date: ___November 14, 2017___

_____
United States Bankruptcy Judge