## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Sharon R. Baird | Chapter 13 |
| Debtor | |
| | No. 17-16587mdc |
| 1600 Church Road Condominium Association | |
| Movant | |
| v. | |
| Sharon R. Baird | |
| Respondent | |

## CERTIFICATE OF NO RESPONSE TO
## MOTION AND AMENDED MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY

Hal A. Barrow, Esquire, attorney for Movant, 1600 Church Road Condominium Association, hereby certifies as follows:

1. An Order is being requested on the Motion and Amended Motion for Relief from the Automatic Stay filed by 1600 Church Road Condominium Association on November 1, 2017 and November 13, 2017;

2. The Motion and Amended Motion for Relief from Automatic Stay and Notice of Motion were properly served upon all parties named therein and a Certificate of Service was filed; and

3. No response or objection to the Motion or Amended Motion for Relief from the Automatic Stay has been filed.

BARROW|HOFFMAN

By: _____
Hal A. Barrow, Esquire