## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In re:** | **Sharon R. Baird,** | ) | **Case No: 17-16587** |
| | | ) | |
| | **Debtor** | ) | **Chapter 13** |

## <u>MOTION TO EXTEND TIME TO FILE DOCUMENTS</u>

**COMES NOW**, Debtor, Sharon Baird, by and through her undersigned legal counsel, Peter Blust, Esquire, and respectfully represents to this Honorable Court, the following:

1. On November 14, 2017, this Court GRANTED Debtor until November 28th, 2017 (Case Number **16-587-mdc;** Document Number **30**).

2. Debtor hereby respectfully requests an additional 3 days, until Friday, December 1st, 2017, to file documents contained in this ORDER Dated November 14, 2017 - Case Number **16-587-mdc**; Document Number **30**.

3. Debtor's counsel, the undersigned, is experiencing unforeseen issues with counsel's office computer, that is hampering the e-filing of documents with the Honorable Court today.

4. Debtor's counsel will make arrangements, with permission of this Court, to have the required documents filed with the Courts PAEB

website EM/ECF filing system over the next three (3) days, or by

hand delivery Friday, December 1, 2017, if necessary.

WHEREFORE, for the foregoing reasons, Debtor, and undersigned

counsel, hereby request Extension of Time to File Documents from

November 28th,2017 to December 1, 2017, 2017.

BY:   DEBTOR'S LEGAL COUNSEL,

/s/ Peter Blust, Esq._____11/28/2017_
Signature of Attorney       Date

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In re:**    **Sharon Baird,**     )           **Case No: 17-16587**

                                  )

            **Debtor**             )           **Chapter 13**

## ORDER

      **IT IS HEREBY ORDERED** that Debtor's incomplete filings, identified in the

above-captioned case Document Number 30, are now due on or before December 1st,

2017.

                                BY THE COURT

Date: _____               _____

                                  United States Bankruptcy Judge