IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: <br> Sharon R. Baird <br>     Debtor | : <br> : <br> : <br> : | Chapter 13 <br><br> No. 17-16587 mdc |
| 1600 Church Road Condominium Association <br>     Movant <br> v. <br><br> Sharon R. Baird <br>     Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

**AND NOW**, this _30th_ day of _November_, 2017, upon motion of 1600 Church Road Condominium Association and for good cause shown, it is hereby Ordered and Decreed that 1600 Church Road Condominium Association is granted relief from the automatic stay:

1. The Association may take any and all actions necessary or appropriate to collect the condominium fees and related charges (i.e. interest, late fees and collection expenses) which are due to the Association from Sharon Baird on account of her ownership of 1600 Church Road, Unit A-105, Wyncote, Pennsylvania.

2. The Association may proceed with the Sheriff Sale scheduled for December 6, 2017.

3. The Association may continue to prosecute the state court lawsuit to enforce the pet restrictions at the Condominium filed in the Court of Common Pleas of Montgomery County and currently on appeal to the Superior Court of Pennsylvania.

_____
                              J.