# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**   **Sharon Baird,** | ) | Case No: 17-16587 |
| | ) | |
| **Debtor** | ) | Chapter 13 |

## ORDER

**IT IS HEREBY ORDERED** that Debtor's incomplete filings, identified in the above-captioned case Document Number 30, are now due on or before December 4th, 2017.

BY THE COURT

Date: December 1, 2017

_____
United States Bankruptcy Judge