United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16587-mdc
Sharon R Baird                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                    Page 1 of 1              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db             +Sharon R Baird,    1600 Church Road A-105,    Wyncote, PA 19095-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2017 02:03:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
      HAL A. BARROW    on behalf of Creditor    1600 Church Road Condominium Association
       kelly@barrowlaw.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et. al.
       bkgroup@kmllawgroup.com
      PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**     **Sharon Baird,** | ) | Case No: 17-16587 |
| | ) | |
| **Debtor** | ) | Chapter 13 |

## ORDER

**IT IS HEREBY ORDERED** that Debtor's incomplete filings, identified in the above-captioned case Document Number 30, are now due on or before December 4th, 2017.

BY THE COURT

Date: December 1, 2017

_____
United States Bankruptcy Judge