UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Sharon Baird                                    ) Case No: 17-16587
                                                               ) Chapter 13
       Debtor                                         )
                                                               )
                                                                )

****************

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Sharon Baird has filed an Expedited Motion to Reconsider Relief Automatic Stay with the court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 5, 2017 you or your attorney must do <u>all</u> of the following:
(a) file an answer explaining your position at

        Clerks's Office, US Bankruptcy Court, Eastern District
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

        Hal Barrow, Esq..
        65 W. Street Road Suite B102
        Warminster, PA 18974
        215-956-9099
        hal@barrowhoffman.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on December 5, 2017 at 9:30 AM in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse. 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   December 4, 2017